**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**MONIKA SALATA,**

    **Plaintiff,**

vs.

**WEYERHAEUSER COMPANY,**

    **Defendant.**

**NO: 10-CV-2187**

---

**NOTICE OF REMOVAL TO FEDERAL COURT**

---

COMES NOW Weyerhaeuser Company ("Weyerhaeuser") whose successor in interest is International Paper Company ("International Paper"), by and through its attorneys, SmithAmundsen LLC, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this action to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states as follows:

1.    The Movants' Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332.

2.    Movants have a good faith belief based upon its investigation that Plaintiff is a citizen of the State of Illinois. (See affidavit of Jill A. Cheskes attached hereto as Exhibit C)

3. The named defendant, Weyerhaeuser Company is a foreign corporation that was incorporated in the State of Washington and had its principal place of business in the State of Washington. (Affidavit of Jill A. Cheskes, attached hereto as Exhibit C)

4. International Paper Company is Successor in Interest to Weyerhaeuser Company's packaging division, including the facility located at 1001 Knell Street, Montgomery, Illinois, where Plaintiff alleges she was injured. (See affidavit of Gigi McGown attached hereto as Exhibit D) As Successor in Interest, International Paper Company has assumed the defense of this matter. (Exhibit D)

5. Complete diversity of citizenship exists between the plaintiff and the defendants in this matter.

6. On March 08, 2010, an action was commenced against Weyerhaeuser Company in the Circuit Court of Kane County, Illinois, by Plaintiff, Monika Salata. That action bears the same title as above and is docketed as Case No. 10 L 133 in the State Court. (Exhibit A) In her Complaint, Plaintiff alleges that the action stems from a slip and fall occurring at 1001 Knell Street, Montgomery, IL 60538. This location is within the Northern District of Illinois.

7. The Complaint alleges that as a result of the alleged slip and fall the Plaintiff was "severely and permanently injured, requiring her to incur medical expenses, disability, pain and suffering, loss of normal life and wage loss on an ongoing and permanent basis." (Exhibit A, ¶7) Upon information and belief, the plaintiff, as an alleged result of this incident, has extensive medical bills and was unable to work following the incident. Additionally, according to Plaintiff's counsel, it is anticipated that the Plaintiff will need a fusion surgery. (Exhibit C) Accordingly, the movants

believe in good faith that the amount in controversy exceeds the jurisdictional amount of $75,000.00.

8. On March 11, 2010, the Complaint and Summons in the State Court action were served by process server upon Weyerhaeuser. A copy of the Complaint is attached hereto as Exhibit A and a copy of the Summons and documents evidencing service are attached hereto as Exhibit B. (*See* also, Exhibit D, ¶2) To Weyerhaeuser's knowledge, no other pleadings or papers have been filed with the State Court in this action.

9. This action is removable to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §1441, which provides that any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the Defendant to the district court of the United States for the district and division embracing the place where such action is pending.

10. This Notice of Removal is filed timely within 30 days after Weyerhaeuser was served in compliance with 28 U.S.C. Section 1446(b)

11. True and accurate copies of this notice of Removal with accompanying exhibits and the Notice of Filing of Notice of Removal directed to the state court are being served on counsel for plaintiff and filed with the Clerk of the Court for the Circuit Court of the Sixteenth Judicial Circuit Kane County, Illinois, on this date, in accordance with the requirements of 28 U.S.C. § 1446(d).

12. By removing this action, the defendant does not waive any defenses available to it.

13. If any question arises as to the propriety of the removal of this action, the movants request the opportunity to present a brief and oral argument in support of its position that this case is removable.

WHEREFORE, Defendant, WEYERHAEUSER COMPANY, prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Respectfully submitted,

s/ Jill A. Cheskes
Attorney No.: 06237878
Attorney for Defendant
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Fax (312) 894-3210
E-mail: jcheskes@salawus.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 9, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants:

Schweickert & Ganassin
Adriane LaShure, Esq.
2101 Marquette Road
Peru, Illinois 61354

s/ Jill A. Cheskes
Attorney No.: 06237878
Attorney for Defendant
SmithAmundsen LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Fax (312) 894-3210
E-mail: jcheskes@salawus.com