# Exhibit A

IN THE CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT
KANE COUNTY, GENEVA, ILLINOIS

| | |
|---|---|
| MONIKA SALATA, | ) |
| | ) |
| Plaintiff, | ) 10 L '10 L 133 |
| | ) |
| vs. | ) |
| | ) |
| WEYERHAEUSER COMPANY, a | ) |
| foreign corporation, | ) |
| | ) |
| Defendant | ) |

**NOTICE**
BY ORDER OF COURT THIS CASE IS HEREBY SET FOR CASE MANAGEMENT CONFERENCE BEFORE THE ABOVE NAMED JUDGE ON MAY 27 2010, AT 9:00 A.M./P.M. FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

**COMPLAINT**

NOW COMES the Plaintiff, MONIKA SALATA, by and through her attorneys, Schweickert & Ganassin, and for her Complaint against the Defendant, WEYERHAEUSER COMPANY, a foreign corporation, alleges as follows:

1. On March 28, 2008, and for some time prior thereto, the Plaintiff, Monika Salata, was an employee of Super B Janitorial.

2. The Defendant owns or operates a business located at 1001 Knell Street, Montgomery, IL 60538.

3. On March 28, 2008, the Plaintiff was performing cleaning duties at the Defendant's property on behalf of her employer.

4. On said date, the Defendant caused or permitted loose tiles to exist on the floor of said building.

5. On said date, the Plaintiff fell due to said tiles and was injured.

6. At said time and place, the Defendant, by and through its agents and/or

employees, committed one or more of the following negligent acts and/or omissions to act, to wit:

a. Failed to maintain the floor tile;

b. Failed to properly secure the floor tile;

c. Failed to train its agents and/or employees to secure the floor tile;

d. Failed to warn the Plaintiff the tile was not secured;

e. Failed to display a warning that the tile was not secured; and

f. Failed to provide an alternate route to the Plaintiff to avoid the tiled floor.

7. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions to act, the Plaintiff, Monika Salata, was severely and permanently injured, requiring her to incur medical expenses, disability, pain and suffering, loss of normal life and wage loss on an ongoing and permanent basis since the collision.

WHEREFORE, it is respectfully prayed this Court enter an Order in favor of the Plaintiff, MONIKA SALATA, and against the Defendant, WEYERHAEUSER COMPANY, for an amount in excess of the minimum jurisdictional limits of this Court and for the costs of this suit.

Respectfully submitted,

MONIKA SALATA, Plaintiff,

ATTYS SCHWEICKERT & GANASSIN

BY: _____
ADRIANE LASHURE

# AFFIDAVIT

Under penalties as provided by law pursuant to Supreme Court Rule 222, the undersigned certifies that at the time of this filing the amount of damages claimed is in excess of the minimal jurisdictional limits of this Court to the best of her knowledge and belief.

_____
ADRIANE LASHURE

Attorneys Schweickert & Ganassin
ARDC#6296397
2101 Marquette Road
Peru, IL 61354
TEL (815) 223-0177
FAX (815) 223-8449