**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Monika Salata
                      Plaintiff,

v.                                       Case No.: 1:10–cv–02187
                                                  Honorable James B. Zagel

Weyerhaeuser Company
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 30, 2013:

      MINUTE entry before Honorable James B. Zagel: Motion hearing held. Plaintiff's Motion to Reinstate [47] is denied for the reasons stated on the record. The 9/3/13 motion hearing date is vacated. Any pending motions are moot and this matter is dismissed with prejudice. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.