#30113    NHE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MONIKA SALATA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10 CV 2187 |
| | ) |
| WEYERHAEUSER COMPANY | ) |
| | ) |
| Defendant. | ) |

**APPELLANT-PLAINTIFF NOTICE OF APPEAL**

NOW COMES the Plaintiff, MONIKA SALATA, by and through her attorney, SANTILLI LAW GROUP, and complaining of the Defendant, WEYERHAEUSER COMPANY, presents its NOTICE OF APPEAL and states as follows:

1. Appellant-Plaintiff, MONIKA SALATA, seeks to file her notice of appeal for review of the following decisions and date activity in this personal injury action.

2. Appellant-Plaintiff seeks review of decisions and docketing entries dating from March 12, 2013 through August 30, 2013.

3. Said dates also include April 3, 2013, April 4, 2013, May 16, 2013, June 13, 2013, June 17, 2013, July 2, 2013, July 16, 2013, August 6, 2013, August 14, 2013, August 21, 2013, August 30, 2013.

4. Appellant-Plaintiff learned that on March 12, 2013 this matter was dismissed and closed by way of a dismissal for want of prosecution.

5. Appellant-Plaintiff did not appear as electronic notice was not provided for this

status date of March 12, 2013.

6. A series of motions and hearings proceeded thereafter and various changes to set calendar dates were unilaterally changed without notice provided to Salata by Clerk nor by opposing counsel.

7. Appellant-Plaintiff seeks review of dates leading to August 30, 2013 and decision denying Plaintiff's Motion to Reinstate after Plaintiff provided a timely and complete supplement of production and records within the time allowed by the Court.

8. Appellant-Plaintiff seeks review of Plaintiff's Motion to Reinstate for Dismissal for Want of Prosecution, Defendant-Appellee's Response as having been related to allegations of failure to answer or provide discovery, and not to do with the standards of Motions to Reinstate or Set Aside Dismissal for Want of Prosecution.

WHEREFORE, Plaintiff, MONIKA SALATA, respectfully requests that this Honorable Court accepts its notice of appeal.

Respectfully submitted,

_____
One of Plaintiff's Attorneys

Naderh H. Elrabadi (ARDC #6281756)
SANTILLI LAW GROUP
111 W. Washington Street
Suite 1240
Chicago, Illinois 60602
(312) 444-9606
Attorney No.: 30113